| | |
|---|---|
| **U.S. DISTRICT COURT OF THE STATE OF NEW YORK**<br>**SOUTHERN-NY COUNTY**<br>Attorneys: Company: Bruce Colfin Law Pc PH: (212) 691-5630<br>Address: 1178 Broadway Ste 312 New York, NY 10001 | INDEX #: 15 CV 2840<br><br>Date Filed: 04/13/2015<br><br>Client's File No.: |

### DAVID CORTORREAL

vs                                                                                    Plaintiff

### ERIC WYTIAZ, JARED GAETA, MAIDA SCOTT

Defendant

STATE OF __Colorado__, COUNTY OF __El Paso__ SS.:   **AFFIDAVIT OF SERVICE**

__Jerry Protsman__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On __06-17-15__ at __1:25pm__
at __1902 Mesa View Court, Colorado Springs, CO 80904__, deponent served the within
SUMMONS AND COMPLAINT IN A CIVIL ACTION WITH JUDGES RULES

on: __MAIDA SCOTT__, Defendant therein named.

**#1 INDIVIDUAL** [X] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. __Upon service, Maida Scott, stated her name is incorrect, that her name is really Maria Scott.__

**#2 CORPORATION** [ ] By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.
[ ] and by Certified Mail # _____.

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __female__ Color of skin: __mixed__ Color of hair: __black__ Age: __35__ Height: __5'4"__
Weight: __130 lbs__ Other Features: __brown eyes, no glasses__

**#8 WIT. FEES** [ ] Subpoena Fee Tendered in the amount of _____

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#10 OTHER** [ ] _____

Sworn to before me on __06-18-15__

__Theresa L Willis__ (signature)
Notary Public

THERESA L WILLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

__Jerry Protsman__ (signature)
Please Print Name Below Signature
__Jerry Protsman__
Job # 435625