U.S. DISTRICT COURT OF THE STATE OF NEW YORK
SOUTHERN-NY COUNTY

Attorneys: Company: Bruce Colfin Law Pc PH: (212) 691-5630
Address: 1170 Broadway Ste 312 New York, NY 10001

INDEX #: 15 CV 2840

Date Filed: 04/13/2015

Client's File No.:

DAVID CORTORREAL

vs

ERIC WYTIAZ, JARED GAETA, MAIDA SCOTT

Plaintiff

Defendant

STATE OF Colorado, COUNTY OF El Paso ss.:

**AFFIDAVIT OF SERVICE**

Steven P. Cosentino being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On 07-22-15 at 11:45 am at 1050 South Monaco Parkway, Unit 20, Denver, CO 80224, deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION WITH JUDGES RULES

on: ERIC WYTIAZ

Defendant therein named.

1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

2 CORPORATION By delivering thereat a true copy of each to _____ the person so served to be the _____ and that deponent knew to accept service on behalf of the corporation. of the corporation, and authorized to

3 SUITABLE AGE PERSON By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

4 AFFIXING TO DOOR By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business
[X] dwelling house (place of abode) within the state

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the 22 day of June at 9:32 am
on the 25 day of June at 12:30 pm
on the 29 day of June at 11:01 am
on the 6 day of July at 5:55 pm

5 MAIL COPY   On 07-22-15, deponent completed service under the last two sections by depositing a copy of the Summons, Complaint, and Judge Rules in a postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Colorado to the above address in a 1st Class and by Certified Mail # _____

6 NON-SRVC   After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:   [ ] Address does not exist   [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding
[ ] Other _____

DESCRIPTION A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: _____ Color of skin: _____ Color of hair: _____ Age: _____ Height: _____
Weight: _____ Other Features: _____

7 WIT. FEES   Subpoena Fee Tendered in the amount of _____

MILITARYSRVC Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

10 OTHER _____

Sworn to before me on the 18th of August, 2015

Please Print Name Below Signature
Steven P. Cosentino
Job # 435626

THERESA L WILLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017